UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LU ANN BEARBOW MONROE          CIVIL ACTION

VERSUS                          NO. 23-00982-JWD-RLB

FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 3, 2024 (Doc. 29), to which an objection was filed and considered (Doc. 30);

**IT IS ORDERED** that Plaintiff's Complaint is dismissed without prejudice pursuant to Local Rule 41(b) for failure to comply with Court orders.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on October 4, 2024.

**JUDGE JOHN W. deGRAVELLES**
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA