UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LU ANN BEARBOW MONROE | CIVIL ACTION |
| VERSUS | NO. 23-00982-JWD-RLB |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN | |

## JUDGMENT

For the reasons written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered, dismissing Plaintiff's Complaint without prejudice pursuant to Local Rule 41(b) for failure to comply with Court orders.

Signed in Baton Rouge, Louisiana, on October 4, 2024.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**